IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERESA WILSON,

    Plaintiff,

v.                                                                                             No. 22-cv-0269 JHR/SMV

RAJANDEEP SINGH and
GR TRANSPORTATION, INC.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    May 17, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **May 17, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                          **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**