IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERESA WILSON,

    Plaintiff,

v.                                                                    No. 22-cv-0269 JHR/SMV

**RAJANDEEP SINGH and**
**GR TRANSPORTATION, INC.,**

    Defendants.

## ORDER SETTING RULE 16 SCHEDULING CONFERENCE

**Date and time:**     September 2, 2022, at 10:30 a.m. MDT

**Matter to be heard:** Scheduling and discovery deadlines under Fed. R. Civ. P. 16.

    A telephonic Rule 16 scheduling conference is set for **September 2, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The issues to be addressed and guidelines for the Rule 16 scheduling conference are set forth in the Initial Scheduling Order, entered on May 31, 2022. [Doc. 10].

    **IT IS SO ORDERED.**

                                                                          _____
                                                                          **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**