UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERESA WILSON,
       Plaintiff,

vs.                                                     Case No. 22-cv-0269 MV/SMV

RAJANDEEP SINGH and GR
TRANSPORTATION, INC.
       Defendants.

## ORDER GRANTING PLAINTIFF WILSON'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER having come before the Court upon Plaintiff Wilson's Unopposed Motion for Leave to File First Amended Complaint, having reviewed the Unopposed Motion and being fully Advised in the premises FINDS THAT:

The Unopposed Motion is well taken and should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff be granted leave to file Plaintiffs Unopposed Motion for Leave to File First Amended Complaint.

_____
HONORABLE STEPHAN M. VIDMAR