UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERESA WILSON,

    Plaintiff,

vs.                                          Case No. 22-cv-0269 MV/SMV

RAJANDEEP SINGH and GR
TRANSPORTATION, INC.

    Defendants.

## ORDER GRANTING DEFENDANT RAJANDEEP SINGH'S UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER having come before the Court upon Defendant Rajandeep Singh's Unopposed Motion for Extension of Time, having reviewed the Unopposed Motion and being fully Advised in the premises FINDS THAT:

Rajandeep Singh's Answer to Plaintiff's First Amended Complaint to Recover Damages for Personal Injury, Punitive Damages and Other Damages will be due on December 15, 2022.

Rajandeep Singh's Answers and Responses to Plaintiff's First Set of Interrogatories and Request for Production will be due on December 15, 2022.

The Unopposed Motion is well taken and should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendant be granted leave to file Rajandeep Singh's Answer to Plaintiff's First Amended Complaint and additional time to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

_____
HONORABLE STEPHAN M. VIDMAR

Respectfully submitted,

**PRIEST & MILLER, LLP**

*/s/ Dominic B. Romero*
Ada B. Priest
Dominic B. Romero
6100 Uptown Blvd NE.
Suite 620
Albuquerque, NM 87110
505-349-2300
Ada@PriestMillerLaw.com
Dominic@PriestMillerLaw.com
*Attorneys for Rajandeep Singh and GR Transportation, Inc.*


Approved by:

Caruso Law Offices, PC


*/s/ Electronically approved 12/13/2022*
Mark J. Caruso
4301 Carlisle Blvd NE
Albuquerque, NM 87107
505-883-5000
mark@carusolaw.com
*Attorneys for Plaintiff*